IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA RUGGIERO, | No. 1:25-CV-00604 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Bloom) |
| FRANK BISIGNANO,[1] *Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

### JANUARY 7, 2026

Alexandra Ruggiero filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Ruggiero's claim for supplemental security insurance benefits.[2] On December 18, 2025, Chief Magistrate Judge Daryl F. Bloom issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision.[3] No timely objections were filed to this report and recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether timely

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, as the successor officer to Leland Dudek, is automatically substituted as Defendant in this action.
[2] Docs. 1, 11.
[3] Doc. 18.
[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] Upon review of the record, the Court finds no error in Chief Magistrate Judge Bloom's conclusion that the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 18) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against Ruggiero pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.